

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-19-00489-CR

Otis **GREER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1992CR3010W
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The clerk's record reflects that on May 1, 1992, Appellant Otis Greer pled guilty to murder and was sentenced to life imprisonment. On June 14, 2004, Greer filed a pro se "Motion to Request DNA Testing." On August 3, 2012, the trial court signed an order denying his motion for DNA testing. On June 24, 2019, Greer filed a notice of appeal, stating that he intends to appeal the "judgment of DNA Testing results from the 227th Judicial District Court of Bexar County." As the clerk's record reflects Greer did not file his notice of appeal until almost seven years after the trial court denied his motion, it appears that his notice of appeal was filed untimely and that we lack jurisdiction over this appeal. We therefore ORDER Otis Greer to show cause on or before **September 5, 2019** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order of this Court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court